**Pamela DAVIS, Plaintiff/Appellant,**

v.

**BARNES–JEWISH ST. PETERS HOSPITAL, INC. and John Hartweger, M.D. Defendants/Respondents.**

### No. ED 100911

Missouri Court of Appeals
Eastern District
DIVISION TWO

Filed: November 18, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied December 30, 2014

Application for Transfer Denied March 31, 2015

David N. Damick, 211 N. Broadway, Suite 2420, St. Louis, MO 63102, For Plaintiff/Appellant.

Steven S. Wasserman, Lisa A. Larkin, Michael R. Barth, 100 N. Broadway, 21st floor, St. Louis, MO 63102, For Defendant/Respondent Barnes–Jewish St. Peters.

Lawrence R. Smith, Aaron I. Mandel, 34 N. Meramec Avenue, 5th Floor, Clayton,

MO 63105, For Defendant/Respondent Hartweger.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM.

Pamela Davis (Appellant) appeals from the trial court's judgment entered upon a jury verdict finding in favor of Barnes–Jewish St. Peters and Dr. John Hartweger on Appellant's wrongful death suit. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court committed no reversible error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).